# U.S. District Court
# Northern District of Alabama (Middle)
# CIVIL DOCKET FOR CASE #: 4:16−cv−01839−KOB

| | |
|---|---|
| Ellison v. Taishan Gypsum Co Ltd et al | Date Filed: 11/15/2016 |
| Assigned to: Chief Judge Karon O Bowdre | Date Terminated: 09/27/2017 |
| Cause: 28:1332 Diversity−Personal Injury | Jury Demand: Plaintiff |
| | Nature of Suit: 385 Prop. Damage Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Bryan Ellison**　　　　　　　　　　　　　　represented by　**James V Doyle , Jr**
*individually and on behalf of all others similarly*　　　　　　　　　　　DOYLE LAW FIRM PC
*situated*　　　　　　　　　　　　　　　　　　　　　　　　2100 Southbridge Parkway, Suite 650
　　　　　　　　　　　　　　　　　　　　　　　　　　　Birmingham, AL 35209
　　　　　　　　　　　　　　　　　　　　　　　　　　　205−533−9500
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 205−332−1362
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jimmy@doylefirm.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Taishan Gypsum Co Ltd**
*formerly known as*
Shandong Taihe Dongxin Co Ltd

**Defendant**

**Beijing New Building Materials Public Limited Co**

**Defendant**

**China National Building Material Group Corporation**

**Defendant**

**Taian Taishan Plasterboard Co Ltd**
*formerly known as*
Shandong Taihe Dongxin Co Ltd

**Defendant**

**Qinhuang dao Taishan Building Materials Co Ltd**

**Defendant**

**International Material Gypsum Inc**

**Defendant**

**Bedrock Gypsum Company Inc**

**Defendant**

**Beijing New Building Materials (Group) Company, Ltd.**

**Defendant**

**China National Building Material Company, Ltd.**

**Defendant**

**The State−Owned Assets Supervision and Adminstration Commission of the State Council**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 11/14/2016 | Ï 1 | COMPLAINT against All Defendants (Filing fee $ 400 B4601075910.), filed by Bryan Ellison. (Attachments: # 1 Exhibit A)(MRR, ) (Entered: 11/15/2016) |
| 11/15/2016 | Ï | Filing fee: $ 400, receipt number B4601075910 (MRR, ) (Entered: 11/21/2016) |
| 11/21/2016 | Ï 2 | NOTICE REGARDING CONSENT(MRR, ) (Entered: 11/21/2016) |
| 02/22/2017 | Ï 3 | ORDER TO SHOW CAUSE− More than 90 days have passed since the filing of the complaint and it does not appear that any deft has been served; Pltf is ORDERED to SHOW CAUSE within ten (10) calendar days, why this case should not be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Signed by Magistrate Judge Staci G Cornelius on 2/22/17. (MRR, ) (Entered: 02/22/2017) |
| 03/03/2017 | Ï 4 | RESPONSE to re 3 *Order to Show Cause* filed by Bryan Ellison. (Doyle, James) (Entered: 03/03/2017) |
| 03/07/2017 | Ï 5 | ORDER− The General Order calls for reassignment to a district judge following the occurrence of the first of three "triggering events" absent unanimous consent; None of these events have occurred and it appears that no such events will in the timely manner contemplated in the General Order; The Clerk is DIRECTED to reassign this case to a district judge. Signed by Magistrate Judge Staci G Cornelius on 3/7/17. (MRR, ) (Entered: 03/07/2017) |
| 03/07/2017 | Ï 6 | Notice of Reassignment− The above−styled civil action has been reassigned to the Honorable Karon O. Bowdre. Please use case number **4:16−cv−1839−KOB** on all subsequent pleadings. (MRR, ) (Entered: 03/07/2017) |
| 06/16/2017 | Ï 7 | AMENDED COMPLAINT against All Defendants, filed by Bryan Ellison. (Attachments: # 1 Exhibit List of Additional Plaintiffs)(Doyle, James) (Entered: 06/16/2017) |
| 09/01/2017 | Ï 8 | ORDER TO SHOW CAUSE. More than 90 days have passed since the filing of this suit. Plaintiff must show in writing by Tuesday, September 12, 2017 why the following defendants should not be dismissed pursuant to FRCP 4(m) and is to include any and all efforts made to serve these defendants: Taishan Gypsum Co. Ltd., Beijing New Building Materials Public Limited Co., China National Building Material Group Corporation, Taian Taishan Plasterboard Co. Ltd., Qinhuang dao Taishan Building Materials Co. Ltd., International Material Gypsum, Inc., and Bedrock Gypsum |

| | | |
|---|---|---|
| | | Company, Inc. Signed by Chief Judge Karon O Bowdre on 9/1/2017. (FNC) (Entered: 09/01/2017) |
| 09/12/2017 | Ï 9 | Summons in English and Chinese Issued as to Beijing New Building Materials Public Limited Co.; returned to Plaintiff for service under the Hague. (SAC ) (Entered: 09/12/2017) |
| 09/12/2017 | Ï 10 | Summons in English and Chinese Issued as to Qinhuang dao Taishan Building Materials Co Ltd.; returned to Plaintiff for service under the Hague. (SAC) (Entered: 09/12/2017) |
| 09/12/2017 | Ï 11 | Summons in English and Chinese Issued as to Beijing New Building Materials (Group) Company, Ltd.; returned to Plaintiff for service under the Hague. (SAC) (Entered: 09/12/2017) |
| 09/12/2017 | Ï 12 | Summons in English and Chinese Issued as to Taishan Gypsum Co Ltd.; returned to Plaintiff for service under the Hague. (SAC) (Entered: 09/12/2017) |
| 09/12/2017 | Ï 13 | Summons in English and Chinese Issued as to Taian Taishan Plasterboard Co Ltd.; returned to Plaintiff for service under the Hague. (SAC) (Entered: 09/12/2017) |
| 09/12/2017 | Ï 14 | Summons in English and Chinese Issued as to China National Building Material Group Corporation; returned to Plaintiff for service under the Hague. (SAC) (Entered: 09/12/2017) |
| 09/12/2017 | Ï 15 | Summons in English and Chinese Issued as to State−Owned Assets Supervision and Adminstration Commission of the State Council; returned to Plaintiff for service under the Hague. (SAC) (Entered: 09/12/2017) |
| 09/12/2017 | Ï 16 | RESPONSE to re 8 filed by Bryan Ellison. (Doyle, James) (Entered: 09/12/2017) |
| 09/27/2017 | Ï 17 | ORDER Transferring Case to MDL: ORDER of Judicial Panel on Multidistrict Litigation transferring this case to the District of Eastern District of Louisiana for inclusion in MDL; certified copy of docket entries and documents requested by transferee clerk electronically transferred to Clerk of Court in District of Eastern District of Louisiana. (SAC ) (Additional attachment(s) added on 9/29/2017: # 1 Exhibit CTO 36) (SAC, ). (Entered: 09/27/2017) |